Same case below, 584 F.3d 1354.

**No. 10-6536. Heather Maria Ceballos, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 437, 178 L. Ed. 2d 339, 2010 U.S. LEXIS 8318.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 605 F.3d 468.

**No. 10-6539. Roland Mathis, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 437, 178 L. Ed. 2d 339, 2010 U.S. LEXIS 8176.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 401 Fed. Appx. 417.

**No. 10-6540. Van Buren Lee, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 437, 178 L. Ed. 2d 339, 2010 U.S. LEXIS 8157.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 603 F.3d 904.

**No. 10-6544. Melvin Jerome Wymes, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 437, 178 L. Ed. 2d 339, 2010 U.S. LEXIS 8296.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6546. Evans Ray, Jr., aka Charles Evans Ray, Jr., Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 437, 178 L. Ed. 2d 339, 2010 U.S. LEXIS 8197.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 478.

**No. 10-6553. Michael Wallace Rice, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 437, 178 L. Ed. 2d 339, 2010 U.S. LEXIS 8246.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 371 Fed. Appx. 435.

**No. 10-6557. Helodoro Velasquez-Torrez, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 438, 178 L. Ed. 2d 339, 2010 U.S. LEXIS 8223.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 609 F.3d 743.

**No. 10-6560. Olga Echerivel, Petitioner v. United States.**

562 U.S. 991, 131 S. Ct. 438, 178 L. Ed. 2d 339, 2010 U.S. LEXIS 8220.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 381 Fed. Appx. 628.